# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139449 & (25)(26)(27)(28)(29)(35)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MICHAEL CHARLES WARD, a/k/a
KENNETH DEAN WATSON,
       Defendant-Appellant.

SC: 139449
COA: 292079
Washtenaw CC: 79-013902-FY

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 1, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions for miscellaneous relief are DENIED.



s0921

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk